STATE OF NEW JERSEY v. ABDULLAH CHILDS, ETC.

June 3, 1986.

Petition for certification denied. (See 208 *N.J.Super.* 61)

STATE OF NEW JERSEY v. NORRIS W. BARNES.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE WARRINER.

June 3, 1986.

Petition for certification denied.

NEIL HUNTERSON v. WILLIAM FAUVER, ET AL.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CAMILO LOPEZ.

June 5, 1986.

Petition for certification denied.